1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 3:19-md-02913-WHO** |
| | **Honorable William H. Orrick** |
| **This Document Relates to:** | **JURY TRIAL DEMANDED** |
| *Horton, et al.,* 1:20-cv-11994 | |

### SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL (PERSONAL INJURY)

The Plaintiffs named below file this *Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiffs incorporate by reference the allegations contained in *Plaintiffs' Consolidated Master Complaint (Personal Injury),* in *In re Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2913 in the United States District Court for the Northern District of California. Plaintiffs file this *Short-Form Complaint* as permitted by Case Management Order No. 7 of this Court.

Plaintiffs select and indicate by checking-off where requested, the Parties and Causes of Actions specific to this case.[1]

Plaintiff, by and through their undersigned counsel, allege as follows:

---

[1] If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph 10, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph 11). In doing so you may attach additional pages to this *Short-Form Complaint*.

**I.    DESIGNATED FORUM**[2]

    1.    Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

        **District of Massachusetts**

    ("Transferee District Court").

**II.    IDENTIFICATION OF PARTIES**

    **A.    PLAINTIFF(S)**

    2.    *Injured Plaintiff(s):* Name of the individual injured due to use of JUUL products:

        **SCOTT HORTON, on his own behalf and on behalf of his minor child, J.H.,**

    ("Plaintiff").

    3.    At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

        **Scituate, MA**

    4.    *Consortium Plaintiff:* Name of the individual(s) that allege damages for loss of consortium:

        **Scott Horton**

    ("Consortium Plaintiff").

    5.    *Survival and/or Wrongful Death Claims*:

        (a)    Name and residence of Decedent Plaintiff when he/or she suffered a JUUL related death:

            **N/A**

        (b)    Plaintiff/Decedent died on:

            **N/A**

        (c)    Plaintiffs are filing this case in a representative capacity as the **N/A** of the having been duly appointed as such by the Court of **N/A**.

---

[2] *See* Case Management Order No. 3, at II(C) (ECF No. 309).

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

**B.    DEFENDANT(S)**

6.    Plaintiff(s) name(s) the following Defendants in this action

**THE JUUL DEFENDANTS**

☒ JUUL LABS, INC., previously d/b/a as PAX LABS, INC. and PLOOM INC.;[3]

☒ ALTRIA GROUP, INC.;[4]

☒ PHILIP MORRIS USA, INC.;[5]

☒ ALTRIA CLIENT SERVICES LLC;[6]

☒ ALTRIA GROUP DISTRIBUTION COMPANY;[7]

☒ ALTRIA ENTERPRISES LLC;[8]

**THE MANGEMENT DEFENDANTS**

☒ JAMES MONSEES;[9]

☒ ADAM BOWEN;[10]

☒ NICHOLAS PRITZKER;[11]

☒ HOYOUNG HUH;[12]

☒ RIAZ VALANI;[13]

---

[3] Delaware corporation, with its principal place of business in San Francisco, California.

[4] Virginia corporation, with its principal place of business in Richmond, Virginia.

[5] Virginia corporation with its principal place of business in Richmond, Virginia.

[6] Virginia limited liability company with its principal place of business in Richmond, Virginia.

[7] Virginia corporation with its principal place of business in Richmond, Virginia.

[8] Virginia limited liability company with its principal place of business in Richmond, Virginia.

[9] A resident of California.

[10] A resident of California.

[11] A resident of California.

[12] A resident of California.

[13] A resident of California.

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

**THE E-LIQUID MANUFACTURING DEFENDANTS**

☒ MOTHER MURPHY'S LABS, INC.;[14]

☒ ALTERNATIVE INGREDIENTS, INC.;[15]

☒ TOBACCO TECHNOLOGY, INC.;[16]

☒ eLIQUITECH, INC.;[17]

**THE DISTRIBUTOR DEFENDANTS**

☒ MCLANE COMPANY, INC.;[18]

☒ EBY-BROWN COMPANY, LLC;[19]

☒ CORE-MARK HOLDING COMPANY, INC.;[20]

**THE RETAILER DEFENDANTS**

☒ CHEVRON CORPORATION;[21]

☒ CIRCLE K STORES INC.;[22]

☒ SPEEDWAY LLC;[23]

☒ 7-ELEVEN, INC.;[24]

☒ WALMART;[25]

---

[14] North Carolina corporation, with a principal place of business in North Carolina.

[15] North Carolina corporation, with a principal place of business in North Carolina.

[16] Maryland corporation, with a principal place of business in Maryland.

[17] Maryland corporation, with a principal place of business in Maryland.

[18] Texas corporation with a principal place of business in Texas.

[19] Delaware limited liability company with a principal place of business in Illinois.

[20] Delaware corporation. From 2015-2018, principal place of business California; as of 2019, principal place of business Texas.

[21] Delaware corporation with a principal place of business in California.

[22] Texas corporation with a principal place of business in Arizona.

[23] Delaware corporation with a principal place of business in Ohio.

[24] Texas corporation with a principal place of business in Texas.

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

☒ WALGREENS BOOTS ALLIANCE, INC.[26]

**C.**   **PRODUCT USE**

7.   Plaintiff used JUUL during the time period including from **approximately March 2017** to **December 2019** and that use caused and or substantially contributed to his/her injury.

**D.**   **PHYSICAL INJURY**[27]

8.   The Plaintiff(s) experienced the following physical condition, injury or illness alleged to have been caused and or contributed to as a substantial factor by JUUL:

☒ ADDICTION

☒ NICOTINE POISIONING

☒ BEHAVIORAL ISSUES/MENTAL HEALTH (check all that apply):

☒   ANGER/OUTBURSTS

☒   MOOD SWINGS

☒   IRRITABILITY

☐   SUICIDAL THOUGHTS

☐   SUICIDAL ATTEMPTS

☐   DEATH BY SUICIDE

☒   OTHER (specify):  Mental Anguish/Emotional Distress

☒ COGNITIVE ISSUES (check all that apply):

☐   ATTENTION DEFICIT DISORDER

☒   LEARNING IMPAIRMENTS

☒   LACK OF CONCENTRATION

---

[25] Delaware corporation with a principal place of business in Arkansas.

[26] Delaware corporation with a principal place of business in Illinois.

[27] Plaintiff(s) must check-off all physical injuries allegedly caused by Plaintiff's use of JUUL. Plaintiff is not required to plead here emotional or psychological injuries, or all manifestations of the physical injury alleged which will be inquired into as part of the Plaintiff's Fact Sheet ("PFS"). This *Short-Form Complaint* assumes that emotional and psychological damages are asserted by the Plaintiff.

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)

1    ☒    TROUBLE SLEEPING

2    ☐    OTHER (specify):_____

3    ☐ CARDIOVASCULAR (check all that apply):

4    ☐    HEART ATTACK

5    ☐    OTHER CARDIOVASCULAR DIAGNOSIS (specify) _____
                _____

6

7    ☐ NEUROLOGIC (check all that apply):

8    ☐ SEIZURES

     ☐ STROKE
9

10   ☒ RESPIRATORY/LUNG (check all that apply):

11   ☒ ACUTE EOSINOPHILIC PNEUMONIA/PULMONARY
        EOSINOPHILIA
12
     ☐ ACUTE INTERSTITIAL PNEUMONITIS OR ACUTE PNEUMONIA
13   ☐ ACUTE RESPIRATORY DISTRESS SYNDROME (ARDS)

14   ☒ ASTHMA

15   ☒ BRONCHITIS

     ☒ CHRONIC LUNG PROBLEMS
16
     ☐ CHRONIC OBSTRUCTIVE PULMONARY DISEASE (COPD)
17   ☒ E-CIGARETTE, OR VAPING, PRODUCT USE ASSOCIATED LUNG
        INJURY (EVALI)
18
     ☐ ESPHYSEMA
19   ☐ LIPOID PNEUMONIA

20   ☐ LUNG TRANSPLANT

21   ☐ OTHER SPECIFIED INTERSTITIAL PULMONARY DISEASE

22   ☒ PNEUMONIA (any type) (specify): _____

23   ☒ POPCORN LUNG/BRONCHIOLITIS OBLITERANS

24
     ☐ DEATH
25

26   ☒ OTHER PERSONAL INJURIES (specify):  Economic Loss/Loss of
                                            opportunity/
27                                          emotional
                                            distress
28

- 6 -

9.     The physical condition, injury or illness alleged in paragraph 7 occurred on or about:

The physical condition, injury or illnesses alleged in paragraph 8 occurred at some point after Plaintiff began using JUUL, as set forth in paragraph 7 above.

**V.     CAUSES OF ACTION ASSERTED**

10.     The following Causes of Action asserted in the *Plaintiffs' Consolidated Master Complaint (Personal Injury),* and the allegations with regard thereto in the *Plaintiffs' Consolidated Master Complaint (Personal Injury),* are adopted in this *Short Form Complaint* by reference:

| Check if Applicable | Cause of Action Number | Cause of Action |
|---|---|---|
| ☒ | I | STRICT LIABILITY - DESIGN DEFECT |
| ☒ | II | STRICT LIABILITY - FAILURE TO WARN |
| ☒ | III | STRICT LIABILITY - MANUFACTURING DEFECT |
| ☒ | IV | PRODUCTS LIABILITY - NEGLIGENT DESIGN |
| ☒ | V | PRODUCTS LIABIITY –NEGLIGENT FAILURE TO WARN |
| ☒ | VI | PRODUCTS LIAIBILITY – NEGLIGENT MANUFACTURING |
| ☒ | VII | NEGLIGENCE AND/OR GROSS NEGLIGENCE |
| ☒ | VIII | NEGLIGENT FAILURE TO RECALL/ RETROFIT |
| ☒ | IX | NEGLIGENT MISREPRESENTATION |
| ☒ | X | FRAUD |
| ☒ | XI | FRAUDULENT CONCEALMENT |
| ☒ | XII | CONSPIRACY TO COMMIT FRAUD |
| ☒ | XIII | UNJUST ENRICHMENT |
| ☒ | XIV | VIOLATION OF UNFAIR TRADE PRACTICES/CONSUMER PROTECTION LAW and specify which state's statute below |

| Check if Applicable | Cause of Action Number | Cause of Action |
|---|---|---|
| | | **Massachusetts G.L. c. 93A; Massachusetts G.L. c. 231 Sec. 85X** |
| ☒ | XV | BREACH OF EXPRESS WARRANTY |
| ☒ | XVI | BREACH OF AN IMPLIED WARRANTY OF MERCHANTABILITY |
| ☐ | XVII | WRONGFUL DEATH |
| ☐ | XVIII | SURVIVAL ACTION |
| ☒ | XIX | LOSS OF CONSORTIUM |

## VI.    ADDITIONAL CAUSES OF ACTION

> ### NOTE
>
> If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph 10, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph 11). In doing so you may attach additional pages to this *Short-Form Complaint*.

11.    Plaintiff(s) assert(s) the following additional theories against the Defendants designated in paragraph 6 above:

| |
|---|
| BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY |
| PUNITIVE DAMAGES |
| |

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants for compensatory, treble, and punitive damages, medical monitoring to diagnose JUUL induced injuries at an earlier date to allow for timely treatment and prevention of exacerbation of injuries, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and

such further relief as the Court deems equitable and just, and as set forth in the *Plaintiffs'*

*Consolidated Master Complaint (Personal Injury).*

## **JURY DEMAND**

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

/s/ Alexandra "Sasha" Gill
Alexandra "Sasha" Gill, BBO# 663040
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
Tel (617) 439-0305/Fax (617) 435-0325
sgill@lccplaw.com

*Attorney for Plaintiff*s

SHORT-FORM COMPLAINT AND JURY DEMAND
(PERSONAL INJURY)